D5078993    A TRUE COPY

# CITATION

| ELIZABETH FONTENOT | TWENTY-SIXTH JUDICIAL DISTRICT |
|---|---|
| VS | PARISH OF BOSSIER |
| BRINKER LOUISIANA INC DBA CHILIS GRILL & BAR ET AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-162249 | |

TO:   BRINKER LOUISIANA INC DBA CHILIS GRILL & BAR
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
CORPORATION SERVICE COMPANY
501 LOUISIANA AVE
BATON ROUGE, LA 70802

in the Parish of EAST BATON ROUGE.

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, or to file your answer or other pleading to said petition in the office of the Clerk of the 26th Judicial District Court in the Bossier Parish Court House in the Town of Benton in said Parish within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

The Sheriff or his deputy has just handed you a law suit which states why you are being sued. You ( as defendant ) will have fifteen (15) days after you receive this petition to either file an answer ( in writing ) with the Bossier Parish Clerk of Court in Benton, Louisiana, or retain an attorney of your choice to act in your behalf. If you do nothing within the said time period, then a judgment could be rendered against you.

Attached hereto are:

**PETITION FOR DAMAGES**

Witness the Honorable Judges of our said Court on this the 15TH DAY OF MAY, 2020

JILL M. SESSIONS, CLERK OF COURT

Zachary Cozine

Deputy Clerk
Bossier Parish, Louisiana

Attorney:
ALVENDIA KELLY & DEMAREST LLC
504-200-0000

A TRUE COPY ATTEST

DEPUTY CLERK

**EXHIBIT B**

**ORIGINAL**

FAX filed on
May 12, 2020 12:43 PM

Bossier Parish Clerk of Court **C-162249**
Filed May 14, 2020 11:50 AM **1**
Chelsea Poole
Deputy Clerk of Court

## 26th JUDICAL DISTRICT COURT FOR THE PARISH OF BOSSIER

## STATE OF LOUISIANA

NO.: DIVISION: ""

### ELIZABETH FONTENOT

### VERSUS

### BRINKER LOUISIANA, INC. D/B/A CHILI'S GRILL & BAR AND ABC INSURANCE COMPANY.

FILED: _____    _____
                                    DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, **ELIZABETH FONTENOT**, a person of the age of majority who is domiciled in the Parish of Caddo, State of Louisiana, who respectfully presents claims for personal injuries as follows:

1.

Made defendants herein are the following:

**BRINKER LOUISIANA, INC. D/B/A CHILI'S GRILL & BAR.**, a foreign limited partnership authorized to do and doing business in the State of Louisiana; and,

**ABC INSURANCE COMPANY**, a foreign insurance company authorized to do and doing business in the State of Louisiana.

2.

Defendants are liable jointly, severally, and *in solido*, unto Petitioner for such damages as are reasonable in the premises, including past, present, and future physical pain and suffering, past, present, and future mental pain and suffering, medical expenses, loss of earnings, future loss of earning capacity, and permanent disability to the body, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings, for the following to-wit:

3.

On or about July 11, 2019, an incident occurred involving Petitioner at **Chili's Grill & Bar** located at 3025 E. Texas St. in Bossier City, Louisiana. **ELIZABETH FONTENOT** was a patron of **BRINKER LOUISIANA, INC. D/B/A CHILI'S GRILL & BAR**, when suddenly

A TRUE COPY-ATTEST
DEPUTY CLERK
26 JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA

and without warning slipped and fell on water on the floor near her table. Upon information and belief, no wet floor sign was present at the time of Petitioner's fall. Said accident caused severe and disabling injuries to plaintiff **ELIZABETH FONTENOT**.

4.

The sole and proximate cause of the above referenced accident was the negligence and fault of the defendants **BRINKER LOUISIANA, INC. D/B/A CHILI'S GRILL & BAR** through its agents and employees, which is attributed to but not limited to the following non-exclusive particulars:

a) Failure to maintain the premises in a safe condition;

b) Failure to remedy an unsafe condition;

c) Failure to instruct their employees as to the proper maintenance of the facility;

d) Failure to warn patrons of an unsafe condition;

e) Defendant knew or should have known of said hazardous condition; and

f) Any and all other acts of negligence, which may be proven at the trial of this matter.

5.

As a result of the above referenced accident and negligence of the defendants, plaintiff **ELIZABETH FONTENOT** suffered severe and disabling injuries, the damages for which need to be determined by this Court at the trial in the following particulars:

a) Past, present, and future mental and physical pain and suffering;

b) Past, present, and future medical expenses;

c) Past, present and future pain, suffering, and mental anguish and emotional distress;

d) Permanent damage and disability;

e) Loss of enjoyment of life;

f) Past, present, and future loss of wages; and

g) Such other elements of damages which will be more fully shown at a trial on the merits.

6.

Upon information and belief, it is alleged that at all times material hereto, **ABC INSURANCE COMPANY** provided a policy of liability insurance to **BRINKER LOUISIANA, INC. D/B/A CHILI'S GRILL & BAR.**

that was in full force and effect on the date of this accident, which said policy provided coverage for the type of loss sued upon herein, thus rendering said defendant, **ABC INSURANCE COMPANY** liable to petitioner along with the other named defendants

**WHEREFORE**, Petitioner prays that Defendants, **BRINKER LOUISIANA, INC. D/B/A CHILI'S GRILL & BAR AND ABC INSURANCE COMPANY** be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment in favor of Petitioner and against Defendants, jointly and in solido in amounts as are reasonable in the premises, including past, present, and future physical pain and suffering, past, present, and future mental pain and suffering, medical expenses, loss of past earnings, loss of future earning capacity, permanent disability of the body, and loss of consortium, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioner further prays for all general and equitable relief.

Respectfully Submitted:

Alvendia, Kelly & Demarest, LLC

**JEANNE K. DEMAREST, 23032**
**J. BART KELLY III, 24488**
**RODERICK "RICO" ALVENDIA, 25554**
**KURT A. OFFNER, 28176**
**JOHN M. ZAZULAK, II. 38452**
**JENNIFER KUECHMANN, 36886**
909 Poydras Street, Suite 1625
New Orleans, Louisiana 70112
Telephone: (504) 200-0000
Facsimile: (504) 200-0001

***ATTORNEYS FOR PLAINTIFFS***

**PLEASE SERVE:**

**BRINKER LOUISIANA, INC. D/B/A CHILI'S GRILL & BAR**
Through its Registered Agent for Service of process
Corporation Service Company
501 Louisiana Ave.
Baton Rouge, LA 70802

**ABC INSURANCE COMPANY**
*(Please withhold service)*