UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ELIZABETH FONTENOT | CIVIL ACTION NO. 5:20-CV-01531 |
| VERSUS | DISTRICT JUDGE: |
| | S. MAURICE HICKS |
| BRINKER LOUISIANA INC. D/B/A/ | |
| CHILI'S GRILL & BAR AND ABC | MAGISTRATE JUDGE: |
| INSURANCE COMPANY | KAYLA D. McCLUSKY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **DEFENDANT'S MOTION TO DIMISS**

Defendant, Brinker Louisiana Inc. ("Brinker"), respectfully moves for dismissal with prejudice pursuant to Federal Rule of Civil Procedure 25(a)(1), on the grounds that Plaintiff, Elizabeth Fontenot, has died and neither the personal representative of the estate nor the Plaintiff's successor has moved to be substituted for the deceased and more than ninety (90) days have elapsed since service of Suggestion of Death. In support thereof, Brinker offers the enclosed memorandum in support.

**WHEREFORE**, Defendant, Brinker Louisiana, Inc. respectfully request that this Honorable Court enter judgment in its favor pursuant to Rule 25(a)(1) and dismiss this action in its entirety.

Respectfully submitted,

     /s/ *Alexandra E. Celio*
Benjamin R. Grau, T.A. (Bar No. 26307)
Megan S. Peterson (Bar No. 34026)
Alexandra E. Celio (Bar No. 38695)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163
Telephone: (504) 569-2030
Facsimile: (504) 569-2999
**Attorneys for Brinker Louisiana, Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion to Dismiss was filed electronically with the Clerk of Court using the Court's CM/ECF system and a copy sent to all counsel of record by electronic means on the 22nd day of October, 2021.

/s/ Alexandra E. Celio

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ELIZABETH FONTENOT | CIVIL ACTION NO. 5:20-CV-01531 |
| VERSUS | DISTRICT JUDGE: |
| | S. MAURICE HICKS |
| BRINKER LOUISIANA INC. D/B/A/ | |
| CHILI'S GRILL & BAR AND ABC | MAGISTRATE JUDGE: |
| INSURANCE COMPANY | KAYLA D. McCLUSKY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

Defendant, Brinker Louisiana Inc. ("Brinker"), respectfully moves for dismissal with prejudice pursuant to Federal Rule of Civil Procedure 25(a)(1), on the grounds that Plaintiff, Elizabeth Fontenot, has died and neither the personal representative of the estate nor the Plaintiff's successor has moved to be substituted for the deceased and more than ninety (90) days have elapsed since service of Suggestion of Death.

I.

This lawsuit was filed on behalf of Plaintiff, Elizabeth Fontenot, ("Plaintiff") on May 12, 2020. Thereafter, Defendant responded to the lawsuit and filed a notice of removal to federal court on December 2, 2020.

II.

On March 10, 2021, this Honorable Court issued a Minute Entry (R. Doc 13) during the scheduling conference, wherein counsel for Plaintiff advised the court that the Plaintiff had died. *See* R. Doc. 13, attached hereto as **Exhibit A**. Plaintiff's death occurred on January 16, 2021. *See* Emails with Counsel, attached hereto as **Exhibit B**. As a result, the Court instituted a sixty (60) day deadline for the amendment of pleadings to substitute the appropriate party plaintiff. *See* **Exhibit A**. Since then, no party has filed any motion for substitution in furtherance of this lawsuit.

III.

On July 16, 2021, the undersigned filed a Suggestion of Death Upon the Record. *See* R. Doc. 15, attached hereto as **Exhibit C**. Undersigned then filed a Declaration of Service evidencing the service of the Suggestion of Death on Plaintiff's only known heir, Michael Fontenot. *See* R. Doc. 16, attached hereto as **Exhibit D**.

IV.

Federal Rule of Civil Procedure 25(a)(1) requires dismissal of an action made by a decedent if a motion for substitution is not made within ninety (90) days after service of a statement noting death. Specifically, the rule states that "[i]f the motion [to substitute] is not made within 90 days after service of a statement noting the death, the action by or against the decedent *must* be dismissed." See F.R.C.P. 25(a)(1) (emphasis added). Here, service of the Suggestion of Death Upon the Record occurred over ninety days ago, and no such motion for substitution has been entered into the record. Further, it has been over seven (7) months since Plaintiff's death was acknowledged in a minute entry following a status conference, after which the court allowed time for amendment of pleadings. *See* **Exhibit A**, R. Doc. 13. In light of the foregoing, this case must be dismissed pursuant to Rule 25(a)(1).

**WHEREFORE**, Defendant, Brinker Louisiana, Inc. respectfully request that this Honorable Court enter judgment in its favor pursuant to Rule 25(a)(1) and dismiss this action in its entirety, with prejudice.

**SIGNATURE FOLLOWS ON NEXT PAGE**

        Respectfully submitted,

        */s/ Alexandra E. Celio*
        Benjamin R. Grau, T.A. (Bar No. 26307)
        Megan S. Peterson (Bar No. 34026)
        Alexandra E. Celio (Bar No. 38695)
        SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
        1100 Poydras Street, 30th Floor
        New Orleans, Louisiana 70163
        Telephone: (504) 569-2030
        Facsimile: (504) 569-2999
        **Attorneys for Brinker Louisiana, Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Memorandum in Support was filed electronically with the Clerk of Court using the Court's CM/ECF system and a copy sent to all counsel of record by electronic means on the 22nd day of October, 2021.

        */s/ Alexandra E. Celio*