UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ELIZABETH FONTENOT | CIVIL ACTION NO. 5:20-CV-01531 |
| VERSUS | DISTRICT JUDGE: S. MAURICE HICKS |
| BRINKER LOUISIANA INC. D/B/A/ CHILI'S GRILL & BAR AND ABC INSURANCE COMPANY | MAGISTRATE JUDGE: KAYLA D. McCLUSKY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Motion to Dismiss pursuant to F.R.C.P. 25(a)(1);

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims and demands of plaintiff, Elizabeth Fontenot, against defendant, Brinker Louisiana, Inc., in the above entitled and numbered cause be and are hereby dismissed, with full prejudice, each party to bear their own costs.

Shreveport, Louisiana, this 26th day of October, 2021.

_____
THE HONORABLE S. MAURICE HICKS